*Receipt # 11090080*
*$4.76    6/18/10*



FILED
JUN 18 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Proposed Distribution

## Case: 08-14527  AIRGOOD, DONALD C.

| Case Balance: | $2,771.48 | Total Proposed Payment: | $2,771.48 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | MORRIS L. HORWITZ <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 692.83 | 692.83 | 0.00 | 692.83 | 692.83 | 2,078.65 |
| B | MORRIS L. HORWITZ <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 9.04 | 9.04 | 0.00 | 9.04 | 9.04 | 2,069.61 |
| C | BULAN, CHIARI, HORWITZ & ILECKI, LLP <br> <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 506.25 | 506.25 | 0.00 | 506.25 | 506.25 | 1,563.36 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **1,208.12** | **1,208.12** | **0.00** | **1,208.12** | **1,208.12** | |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 2,492.03 | 2,492.03 | 0.00 | 2,492.03 | 80.84 | 1,482.52 |
| 2 | PYOD LLC its successors and assigns | Unsecured | 393.70 | 393.70 | 0.00 | 393.70 | 12.77 | 1,469.75 |
| 3 | PYOD LLC its successors and assigns | Unsecured | 768.26 | 768.26 | 0.00 | 768.26 | 24.92 | 1,444.83 |
| 4 | PYOD LLC its successors and assigns | Unsecured | 2,912.47 | 2,912.47 | 0.00 | 2,912.47 | 94.47 | 1,350.36 |
| 5 | PYOD LLC its successors and assigns | Unsecured | 310.83 | 310.83 | 0.00 | 310.83 | 10.08 | 1,340.28 |
| 6 | CHASE BANK USA | Unsecured | 13,965.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,340.28 |
| 6-2 | CHASE BANK USA, NA | Unsecured | 13,965.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,340.28 |
| 6-3 | CHASE BANK USA, NA | Unsecured | 13,965.67 | 13,965.67 | 0.00 | 13,965.67 | 453.00 | 887.28 |
| 7 | CHASE BANK USA | Unsecured | 7,737.23 | 0.00 | 0.00 | 0.00 | 0.00 | 887.28 |
| 7-2 | CHASE BANK USA, NA | Unsecured | 7,737.23 | 0.00 | 0.00 | 0.00 | 0.00 | 887.28 |
| 7-3 | CHASE BANK USA, NA | Unsecured | 7,737.23 | 7,737.23 | 0.00 | 7,737.23 | 250.97 | 636.31 |
| 8 | TARGET NATIONAL BANK | Unsecured | 1,617.65 | 1,617.65 | 0.00 | 1,617.65 | 52.47 | 583.84 |
| 9 | eCAST Settlement Corporation assignee of | Unsecured | 3,587.97 | 3,587.97 | 0.00 | 3,587.97 | 116.38 | 467.46 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 3,238.33 | 3,238.33 | 0.00 | 3,238.33 | 105.04 | 362.42 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 2,748.45 | 2,748.45 | 0.00 | 2,748.45 | 89.15 | 273.27 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 2,489.33 | 2,489.33 | 0.00 | 2,489.33 | 80.74 | 192.53 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 5,420.45 | 5,420.45 | 0.00 | 5,420.45 | 175.82 | 16.71 |
| 14 | Recovery Management Systems GE Money Bank | Unsecured | 86.12 | 86.12 | 0.00 | 86.12 | 2.79 | 13.92 |
| 15 | Recovery Management System/GE Money Bank | Unsecured | 368.48 | 368.48 | 0.00 | 368.48 | 11.95 | 1.97 |

# Claims Proposed Distribution

## Case: 08-14527  AIRGOOD, DONALD C.

| Case Balance: $2,771.48 | | Total Proposed Payment: $2,771.48 | | | Remaining Balance: $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 16 | eCAST Settlement Corp | Unsecured | 60.69 | 60.69 | 0.00 | 60.69 | 1.97 | 0.00 |
| SUBTOTAL FOR  UNSECURED | | | 91,603.46 | 48,197.66 | 0.00 | 48,197.66 | 1,563.36 | |
| Total for Case 08-14527 : | | | $92,811.58 | $49,405.78 | $0.00 | $49,405.78 | $2,771.48 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,208.12 | $1,208.12 | $0.00 | $1,208.12 | 100.000000% |
| Total Unsecured Claims : | $91,603.46 | $48,197.66 | $0.00 | $1,563.36 | 3.243643% |